THE BARRETT COMPANY, Plaintiff, v. JOSEPH SASO and Others, Defendants, Impleaded with VILLAGE OF BRONXVILLE, Appellant, and GRAMATAN COAL & SUPPLY CO., INC., Respondent.— Order amending judgment reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the village was not chargeable with interest on the fund due to the principal contractor. (Lien Law, §§ 5, 60;* *Rockland Lake Co.* v. *Portchester*, 102 App. Div. 360; affd., 185 N. Y. 590; *Moran* v. *Mayor, etc., of New York*, 162 App. Div. 377.) Section 480 of the Civil Practice Act† is not applicable. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

CLARA BLITMAN, Respondent, v. WILLIAM J. BLITMAN, Appellant.— Order awarding counsel fee and temporary alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

MARTHA BRIGANTIC and CARMINE BRIGANTIC, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE DIME SAVINGS BANK OF BROOKLYN, Respondent, v. MORRIS GREENBAUM, Individually and as Creditors Committee of THE ISKO CORPORATION, Appellant, Impleaded with ABRAHAM SOLOWAY and NICK L. FELDHEIM, Heretofore Referred to as MAICKE L. FELDHEIM, Individually and as Creditors Committee of THE ISKO Corporation, Defendants.— Order granting plaintiff judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

HENRY ENGLISH, Appellant, v. BERKSHIRE LIVE POULTRY CO., INC., Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

LOUIS FRANZINI and Others, Appellants, v. PETER H. WAGNER and FENMORE KAWALER, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JOHN J. HALLERAN and LAURENCE B. HALLERAN, Copartners, Doing Business under the Firm Name and Style of HALLERAN AGENCY, Appellants, v. JOSEPH P. DAY and JOSEPH P. DAY, INCORPORATED, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

IRENE HART, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant. (Appeal No. 1.)‡— Order denying motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Young, Carswell and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.

* Added by Laws of 1911, chap. 873, as respectively amd. by Laws of 1916, chap. 507, and Laws of 1929, chap. 515.— REP.

† Amd. by Laws of 1927, chap. 623.— [REP.

‡ Appeal dismissed, 260 N. Y. 655.

§ Revd., 261 N. Y. 169.